# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156175

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAQUILLE JOEL SHERMAN,
      Defendant-Appellant.

SC: 156175
COA: 337850
Wayne CC: 13-000288-FC

_____/

On order of the Court, the application for leave to appeal the June 27, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018 _____



s0521

Clerk